```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TODD BIGELOW,

                         Plaintiff,

      -against-

BARSTOOL SPORTS, INC.,

                         Defendant.

-----------------------------------------------------------------X

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

17-CV-6298 (DLC)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light the Stipulation of Settlement and Dismissal filed on January 24, 2018 (doc. no 25) the Settlement Conference currently scheduled for February 23, 2018 is hereby adjourned *sine die*.

      SO ORDERED.

Dated: January 25, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge